IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| MIRON CONSTRUCTION CO., INC., | ) |
| | ) |
|    *Plaintiff,* | ) |
| | ) Civil Action No. 1:25-cv-25-GNS |
|  v. | ) |
| | ) |
| ICC – INTERNATIONAL CERAMIC CORP., LLC | ) |
| d/b/a MULLER SURFACES and | ) |
| COLONIAL SUETY COMPANY, | ) |
| | ) |
|    *Defendants.* | ) |
| | ) |

## STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT

It is hereby stipulated by and between the parties hereto through their respective attorneys of record that Plaintiff may file a Second Amended Complaint, a copy of which is attached hereto and incorporated herein as **Exhibit A**.

It is further stipulated that Colonial Surety Company ("Surety") waives notice and service of the Second Amended Complaint and shall not be required to answer the Second Amended Complaint and that all denials, responses, and affirmative defenses contained in the Answer filed by Surety to the First Amended Complaint shall be response to the Second Amended Complaint.

Respectfully submitted,

| | |
|---|---|
| */s/ Jarrod W. Stone (with permission)* | */s/ Jean M. Terry* |
| Jarrod W. Stone | Jean M. Terry |
| MANIER & HEROD | Angelo D. DiBartolomeo |
| 1201 Demonbreun Street, Suite 900 | Manion Stigger, LLP |
| Nashville, Tennessee 37203 | 500 West Jefferson Street, Suite 1610 |
| jstone@manierherod.com | Louisville, Kentucky 40202 |
| *Counsel for Defendant Colonial Surety Company* | (502) 244-4944 |
| | jterry@manionstigger.com |
| DATED: November 20, 2025 | adibartolomeo@manionstigger.com |

1

*Counsel for Plaintiff*
DATED: November 20, 2025